IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MARC DEWAYNE HOWELL, | § |
|     Plaintiff, | § |
| v. | §   Civil Action No. 4:13-cv-658-O |
| COLLIN COUNTY DETENTION FACILITY et al. | § |
|     Defendants. | § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Petitioner filed objections. The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, Petitioner's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court.

Accordingly, Plaintiff's motion and application (ECF Nos. 3 & 8) to proceed in forma pauperis are **DENIED**. If Plaintiff wishes to proceed with this action, he must pay to the clerk of Court the full filing and administrative fees of $400.00 within ten (10) days of the date of this order.

Plaintiff is advised that failure to timely pay the full fees to the clerk of Court will result in the dismissal of this action without further notice pursuant to Federal Rule of Civil Procedure 41(b).[1]

**SO ORDERED** on this **25th day** of **September, 2013.**

                                               Reed O'Connor
                                      UNITED STATES DISTRICT JUDGE

---

[1] *See McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) (citing *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962)) (stating a district court may sua sponte dismiss an action for failure to prosecute under Rule 41(b)).

2